**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

KATHLEEN A. VALENTI,

       Plaintiff,

- v -              Civ. No. 1:19-CV-530
                   (LEK/DJS)

OFFICER MCDONALD, EMT 1 MALE,
EMT 2 FEMALE,

       Defendants.

**APPEARANCES:**         **OF COUNSEL:**

KATHLEEN A. VALENTI
Plaintiff, *Pro Se*
P.O. Box 194
7 Park Street
Stockbridge, MA 01262

**DANIEL J. STEWART**
**United States Magistrate Judge**

## ORDER

On July 1, 2019, the District Court issued an Order permitting Plaintiff's claims for false imprisonment and excessive force to proceed. Dkt. No. 6. Service of process has not yet been completed. Plaintiff is advised, however, that the United States Marshal cannot serve Defendants not identified by name and so Plaintiff should endeavor to identify through discovery the names of the unidentified Defendants and then seek to amend her Complaint.

**ACCORDINGLY**, it is

**ORDERED**, that the Clerk shall issue a summons and forward it, along with a packet containing General Order 25, which sets forth the Civil Case Management Plan

1

used by the Northern District of New York, along with a copy of the Complaint, Dkt. No. 1, to the United States Marshal for service upon Defendant McDonald; and it is further

**ORDERED**, that a response to the Complaint be filed by Defendant, or his counsel, as provided for by the Federal Rules of Civil Procedure; and it is further

**ORDERED**, that all motions shall comply with the Local Rules of Practice of the Northern District. In accordance with the Local Rules, Plaintiff must promptly notify the Clerk's Office and all parties or their counsel of any change in Plaintiff's address; her failure to do so will result in the dismissal of this action; and it is further

**ORDERED**, that the Clerk of the Court serve a copy of this Decision and Order upon the parties to this action.

Dated: March 26, 2020
        Albany, New York

_____
Daniel J. Stewart
U.S. Magistrate Judge